UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURTIS MARCOMBE, ROBERT MARQUETTE & DON BOWDOIN** | **CIVIL ACTION NO. 12-cv-00468** |
| **VERSUS** | **SECTION "G"** <br> **JUDGE BROWN** |
| **AT&T, INC. & BELLSOUTH CORP.** | **MAG. DIV. (5)** <br> **MAGISTRATE JUDGE CHASEZ** |

### STIPULATION OF PLAINTIFFS' DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Curtis Marcombe, Robert Marquette, and Don Bowdoin, and Defendant, BellSouth Telecommunications, LLC, hereby stipulate that Plaintiffs' Complaint against AT&T, Inc., BellSouth Corporation, and BellSouth Telecommunications, LLC is hereby dismissed **with prejudice**.  The parties further stipulate that each party is to bear its own costs.

    Respectfully submitted:

    By:   */s/ Alan Kansas*
    ALAN KANSAS (# 27725)
    The Law Office of Alan Kansas, LLC
    1801 Carol Sue Ave.
    Terrytown, LA  70056
    Telephone:  (504) 210-1150
    Facsimile:   (504) 617-6525
    Email:  alan@alankansaslaw.com

    **ATTORNEY FOR PLAINTIFFS**

    **and**

2

        By:   /s/ Kim M. Boyle
        KIM M. BOYLE, T.A. (#18133)
        MARYJO L. ROBERTS (#30692)
        Phelps Dunbar LLP
        365 Canal Street, Suite 2000
        New Orleans, LA 70130-6534
        Telephone: (504) 679-5790
        Facsimile: (504) 568-9130
        Email: boylek@phelps.com
               robertsm@phelps.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2012, a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system.

        /s/ Kim M. Boyle